UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTE L. JOHNSON,<br><br>                    Petitioner,<br><br>          v.<br><br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>                    Respondent. | Case No. CV 16-09583 CJC (RAO)<br><br><br>JUDGMENT |

  Pursuant to the Memorandum and Order Dismissing Habeas Action Without Prejudice,

  IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.


DATED:  January 13, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE